**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

**CIVIL RIGHTS COMPLAINT FORM FOR**
**PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER**
**28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983**

_Frank Brett_ ,

_____ ,

_____ ,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

Case No.: _1-24-cv-140-MW/MAF_
*(To be filled in by the Clerk's Office)*

**v.**

(A) Don TRump. President ,

(B) William Bahr U.S. Attorney General

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____ /

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

FILED USDC FLND GV
AUG 16 '24 PM 5:03   KM

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

    1. Plaintiff's Name: _Frank Brett_

       Address: _325 South Broad St,_

       _P_

       City, State, and Zip Code: _Philadelphia, Pa, 19107_

       Telephone: _____ *(Home)* _____ *(Cell)*

    2. Plaintiff's Name: _____

       Address: _____

       _____

       City, State, and Zip Code: _____

       Telephone: _____ *(Home)* _____ *(Cell)*

       *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.  Do this for ***every*** Defendant:

1. Defendant's Name: _Donald JTrump_

   Official Position: _President_

   Employed at: _____

   Mailing Address: _10th and Constitutional Ave, NW_

   _Washington, DC, 20530_

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

2. Defendant's Name: _William BARR_

   Official Position: _US. ATTORNEY General_

   Employed at: _____

   Mailing Address: _10th and Constitutional Ave, NW_

   _Washington, DC, 20530_

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)      ☐ State/Local Officials (*§ 1983 case*)

### III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are
entitled to relief.  Describe how *each* Defendant was involved and what each
person did, or did not do, in support of your claim.  Identify when and where
the events took place, and state how each Defendant caused you harm or
violated federal law.  Write each statement in short numbered paragraphs,
limited as far as practicable to a single event or incident.  *Do not make legal
argument, quote cases, cite to statutes, or reference a memorandum*.  You
may make copies of the following page if necessary to supply all of the facts.
Barring extraordinary circumstances, no more than five (5) additional pages
should be attached.  *Facts not related to this same incident or issue must be
addressed in a separate civil rights complaint*.

Don Trump obstructed Justice in 7 Federal Corruption
Cases I was Involved with Jeff Sessions & Paul Fishmann, & MR Bosprum
Don Trump FiRed all 3 Great Honest Men of
the Law Like Me.  This was unconstitutionly

**Factual Allegations, Continued** *(Page ___ of ____)*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

In USC, 110(A) 7(C) D(1) Viscounts Did Not protect cops and Family Members, My Biblical Army Police Partners and Friends were al6 Murdered as a Result,

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

I am Suing for 148 Million Dollars for The Wrongful Deaths of My 4 Babies from Heaven all poisoned To Death with My Dads Me and My wife Survived Leaving Me Impatient,

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _8/16/24_   Plaintiff's Signature: _Frank Brett_

Printed Name of Plaintiff: _Frank Brett_

Address: _301 South Broad STi_

_Philadelphia, Pa, 19107_

E-Mail Address: _____

Telephone Number: _none_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

of the U.S. Code - Victims of Federal crimes have the
including the Right to be heard in Court, and most particularly
Not to be precluded from court Proceedings and the right
To Be Treated Fairly,

The Government - urged by Jeff Epstein to had entered into a contract
that improperly or illegally violated The Rights of Epstein's victims, they
*They Never Told Victims* them that contract would have been improper in and of itself
in which case, The only remedy would have been to have the contract be
Null and void.

" My complaint was made public & gave the Rest of The world an
early glimpse of what Government the inner workings of My Law
Suit looked like from a victims perspective.

" The Government Olivia Jenkins and Randel both post My case on The Internet"
*From Courthouse)* from Palm beach, Fla Many Unknown India woman in with US Marshall Rodney who has criminal

Upon information and belief Me, I was sexual assaulted
by Captain Doyle, Steve Commanche, & Doyle's Marine cousin,
and Captain Doyle's Racist and Homophobic Male cousin a
Strength + Fitness Coach at University of Iowa, The Football coach
*T.M.F + Athletic Director Involved* I had previously been Threatened by Captain Doyle several Times
when I saw him and another Italian officer place a gun in
3 black men's mouths after they were handcuffed.

* I turned Then into Steve Commanche all 3 Times a fed.
I Next Fell into Captain Doyles and Italian Man officer at 934
McClellan St. TRAP and became one of their victims,
I was Raped and I was sexually assaulted 3 times as an adult.
I was shot at several Times. Run over by Many cars
* (A) 8/2016 - In Palm beach, Fla By Captain Doyle or Palm beach Police + Italian cops at 934 McClellan st,
Captain Doyles Male Cousin- Football Coach at University of Iowa. Raped me when I was asleep.
★ (#2) 4/8/2019 - I was Raped on My anniversary by Captain Craven LT's Craven and
Sheriff's Sgt. Craven and Sheriff's MTB Chambers of Toombs County Georgia. Also Federal Agent 60 yrs old in Blue Mazda
*Green Palm beach, Fla Federal County* (#3) I was Raped by Appling County Sheriff's White Man _____ and Latin Man _____ and Local
White Man Cop uniform on Spring Red he lines. Steve Tidwell's Cousin + Kinley + MR Patriotic, and Bald white Man
Upon Information and Belief Captain Doyle and his Male cousin a coach
MR, Doyle from University of Iowa, Carried out their schans
*USA all MR Miami in Sacramento, California and in TOOMBS County Involving The Palm beach Fla + _____ the Orange County Sheriff Department and Police Chief John MINA and Marty Canally?*

of Treason — killed by Drug Dealers — Joaquin Guzman — Lochry News Spread Zoemurdney dealers.

Pg 2 of 2B — The Lagrocca twins — Robert Ventresca, Dratti's, Sal Ann Restaurant, Port Hust Harm's, Coonie Smith, Ray Smith, Ray Mahoney, Ray Abbott, Barry Morsello, steven Penolocovering Tim Thomas, Mr Dante, Ray Quay, Bill, Johns Jacks, Richard Wright, Mr Serelli — New York City Police Department —

2014 ③ Wen Siar LIU — Continued left behind a wife Sonny Liu

When he was shot and killed by drug gang doctors after he cried first his sperm and saved it. Sonny Liu Next had a Test Tube baby in 2017 a daughter Angelina LIU thanks to Artificial Insemination.

Me and My Wife also had a baby boy a Test Tube baby on 1/14/2007 thanks to Artificial Insemination.

(My Babies from Heaven) My 1st 4 babies who were slain and My Daddy, are with Jesus in the Little Angels section in Heaven. In Spirit with the Holy SPIRIT watching me and My wife of 34 years on 4/8/2003 out protecting Us and Loving US. Giving Me peace, Joy, and comfort Knowing I'll be with them So day. I have prayed for Justice everyday after I found out who Murdered them and the other Women and Children and Babies.

| | | | | |
|---|---|---|---|---|
| 1975 | #1 Anthony Vernocho - Toddler | #6 | Ray ARRA Jr - baby - 1996 - cousin of Anthony Verno |
| 1973 | #2 Kevin Towel - 12 year-old | #7 | Anthony Andinsan baby - 1999 - friend of Robt Fortmeader & My friend |
| 1965 | #3 Tommy Aaron - baby boy | #8 | Mary Mach Namee - 2010 - 20 yrs old - Gilgo Beach Victim with her Son killed by |
| 2001 | #4 Tara Robinson - 40 years old Mother | #9 | baby Mach Nurses - 2010 Police Chief Jon Burke and James Spota cover up |
| 2001 | #5 Anthony DesTrayer - Toddler 3 yrs old | #10 | Jeff Brett - My baby brother - poisoned in 1966 and died. |
| (1997 - 1999) #11, 12, 13, 14 | #15 - My 4 babies from Heaven - and My Daddy | John Yates, John Collins George Grego's, Jimmy Burkes Bill Dolling many, Trevlin Sargas Paul Pius 381/11 | | |
| 2002 | #16 Hubby heading - My Friend (Paul Linder, John Collins + Dennis O'Daniel Copy, Lts Joe Grego's of Minton) Bill Nottingham cop) Three chiefs John Vitale Jame Joe Dhil | | | |
| 2009 | #17 Ray Abbott - My old Friend (Martin killed him) | | | |
| Around 2008 | #18 Gary Lewis - Charyl Brett's 1st Husband - (Martin killed him) - passed (Marie & Joey Merlino) Connie Tanucelle Marie Joey Merlino | | | |
| (1990) | #19 Steve Dolan - My Friend - (Newfat) killed him) - Charlie Brett Maureen Slash - Crazy Joe Pie | | | |
| Young Member (2009) | #20 Britt Lewis - My Friend - (Anthony + Debbie Villegas + Scott Rothstein)- killed) Barbara Rothstein US M | | | |
| Richard Cheyney Vice President killed Brandy Brett (2007) | #21 Stripper - BRANDY BRITT - Washington DC - (Madam Palfrey) Her Friend sis in Anne Sewd Richard Che of Missouri + her husband Mr Schneider | | | |
| 2018 | #22 white man thirtrwman 60-3 yrs old. (looked like Me killed on My birthday in Fayette Ville, NC - Heros tortured + Beaten To Death While I was with Blonde white woman She ran Fayette Ville NC | | | |
| Around 2009 | #23 Sonny Anthony BoIVO — Metro Goldwyn + Myer — Studio — Led To Attorney Mr Phil Humphries didn't for Sonny BoIvO from Los Angeles, CA — Sonny a good striper. They said hit a tree. He had a heart attack 1st and needle Marks in his necK Richard + Marvin + Richy Gertz Started Their Baptist Records Mr Gertz & Mr Yates-P RanM | | | |
| 2016 | #24 Roy Holloday - died in a small plane Crash - Phillies + Toronto Blue Jays pitcher! | | | |
| 2030 | #25 Koby Bryant - died in a Helicopter crash with his daughter - basketball player LA Laker | | | |
| (Richard + Marvin + scott killed him) 2007 | #26 Fred DiTorna died from brain cancer - president of Independence Blue Cross East PA! | | | |
| Around 2012 | #27 Darren Dutch Dalton - died from brain cancer - BANKER for Philadelphia Phillies. Playboy wife a playboy wife with Cole Hamels, Jason with Playboy Model Girl! Sis/2001 was Adriane Curre - Playboy Model for Darren Daulton + Barbara Burk-Jing | | | |

Pg. 4 of 22

"Covered up Murders of women & children"

#1) Doug Barger — Bethesda Mission Boss, Harrisburg, Pa, F/Red.
— His cousin is "Sonny Barger of The Wells Angels" criminal. Recovered by No
#2) Bill Christensen — New boss of Bethesda Mission, Harrisburg, Pa, was
present when I showed Doug Barger "The Tapes of Joe Sullivan starting with
Perry Pannaccio That they called "The Rat" Jimmy Hackbart. Works at
Worked for Pannaccio, etc. Also witnesses Mark Phillips and Ray Quigley were ghosted by The Missions of
Philadelphia, Pa.
#3) The whole state was guilty of cover up of Murder — Sterling Tarbett was rode
and forced to rest his He stated Everything was planned
#4) Fred Hollington Sterling Tarbett's friend was guilty of Interstate Rocket
with J. Fred Wilkerson, black Man from Philadelphia, Pa, Broad St Ministries the
(Ricen) (2008-2018)
#5) The Broad St Ministries — Presbyterian Church + 4 Reverends Lied and Recycled
all The Gangsters who were all abominated by The Feds!
#1) Joe Street — 6 Street family members
#2) Hasseen Crotter-dan —
#3) Emily Bingham Lapata — Dad was drug dealer
#4) Nichole Bingham Lapata — Dad was drug dealer
(2008-2023) #5) The Boss and his son from Don's Johns Corporation were Major Criminals.
I saw Them over 30 times committing Felonies against me with J. Fred Wilkerson
Black Man from The Broad St Ministries!!
2 Times with Big white Man abt RIGHT — 6'5" inches tall Lied and stated I was denying all
He Lied 5 Times impatient. I caught him and White Man with glasses and black hair at
Veterans Park and The Dream Hotel Lying
(2009-2023) #6) Gail Coles and Dawn Coles both criminals at the Broad St Ministries, in with
Mike Ventresca — Mafia Associate of Buddy Amoroso, Lisa + Anthony Lamberta, Lucony
Robert + Jennianne Homes, and Dexter McCullough — (Rex)
(1/1/2021) Also Dawn Coles Daughter seen with "Mrs Good" in Ft, Lauderdale, Pla,
Also Dawn Coles Daughter seen with Mrs. Good and Billy Bushman, at
Anneda — Bar and Restaurant in Sun Tree, FL on Rt. 1.
Drug Dealer Mr Street Black Man + Mrs. Dee white woman, Mrs Woods, Mrs Howard
#7) Andy Greenhay, Alex To white Man; Samantha Evans and Michael Wand, all in with
B Rock weaver + daughter, Mrs Watkins + daughter and Lynn Unknown white woman all Lied with Mrs Hught Sister
West Columbia, S. Carolina

2002-2024 (#5) Dan McCormack - Dan McCormack United States Federal Agent was covering FOR US, Marshall's and Philadelphia Police. up all 7 overtimes by Multiple Police Officers and Agency's for years, Dan McCormack cousin Monsignor John McCormack in Orlando, Fl, Lied to US, Federal court Liasons with Charlie Brett and Joanie Brett during the whole Aug 2007 1st Scott US, Federal Investigation from Orlando, Florida.

Dan McCormack changed documentation that pertained to Catholic Religion coverup of Murder and Rape victims by, Cardinal Anthony Bevilaqua + John J. Bevilaqua, and Convicted Felon Monsignor Lynn got 5½ years IN Federal Prison (Tried 2 Times IN court)

Cardinal Rigalie and Bishop Timothy Barely escaped Prosecution SoFar.

- There are Over 1000 Raped victims in Philadelphia Pa alone.
- There are approximately 1750 Raped victims in New York
- There are 1997 Raped victims in Illinois
- There are around 750 Raped victims IN New Jersey.
- There are around 650 Raped Catholic victims in Maryland
- There are around 450 Raped Catholic victims IN Vermont
- There are around 800 Raped Catholic victims IN Virginia.
- There are around 300 Raped Catholic victims IN Delaware
- There are around 1500 Raped Catholic victims in California
- There are around 700 Raped Catholic victims IN Massachusetts

(3-2023 Data) There are around 9,900 Raped Catholic victims IN These 10 States.

Jeff Epstein + Mark Epstein Gang Raped 1347 underage Girls in Florida + New York

JUST    11,247   Raped Victims.

2013-2024 (#6) Eric unknown - United States Federal Agent was covering FOR US, Marshall's and Philadelphia Police all the crimes by Multiple Police Officers and Agency's for years, Eric Lied with Changed documentation Steve Caramanicle and Stated I went to a Nudist Colony called Deanys Hide out ON Bring your Own Fog Leap NIGHT, This was a Lie it was Federal Agent Tim Brett my brother

(2010-2024) (#7) Marita unknown - United States Federal Agent was covering for US, Marshalls and Philadelphia Police She Stated Mrs. Good US, Federal Agent big criminal Several times, Steve Caramanicle Stated Mrs. Good Name 40 times on a real woman.

(Criminal) (#8) Michele Dorso - United States Federal Agent was covering For US, Marshalls and Philadelphia Police all the crimes by Multiple Police Officers and Agency's for years, she was caught with Donnis Dorso Lie out so many and Charged with felonies against her Donnis was Gong on Rt 13 Jacksonville Fl

(Criminal) (#9) Ann Murphy - United States Federal Agent was covering for US, Marshalls and Philadelphia Police all the crimes by Multiple Police Officers as Ann Murphy Lied on Rt. 13 in North East Philadelphia Pa IN front of St. Katherine Drexel Church were all her friends Monsignor Noreen Lynn & Marinus Lynn & Monsignor McBride criminals

Pg. 6 of 29

Proof of _____ Felony Evidence _____ in _____

Sexual Predator or More Hurting Cops and Family Members ⊤

Response Logistics To Case # 16 60485-CV Moore

Frank "Brett" ⭐

VS.

#1 Jeff Epstein

#2 Mr. Gunther

#3 U.S. Marshall Way

#4 U.S Marshall Mr. Tucker

ET. AL.

#1. In Jacksonville, FL. On River Rd. In 4/16/21 I Saw Ghislaine Maxwell's Female Cousin with Big Husky dog Shorthaired by late #2. Jeff Epstein's brother Mark Epstein followed me commit Hwy Fraud and 3/4 Inter-state Racketeering from Manhattan, N.Y. after I filed a Law Suite against him.

Jeff Epstein Broken on Friday 5/9/19 with Valerie and Mrs Gonzalez at The Manhatten, N.y. U.S. Federal Courthouse. There were several attempts on My life by Team Sexual Predator Led by Nadia Machthova & Jeff Epstein could he hang himself in Jail. In Manhatten, Ny. The Next day.

3/10/19 Mark Epstein Now The Leader of Team Sexual Predator Followed me with his Russian mob's To Newark, N.J. He was Trying To Checkmate Me with his COATER and Princess Eugenie & Rabble who Lied for Team Sexual Predator For 30 years, I then would see Mark Epstein in his Late 60's yrs. old in Buena Vista, FL. In 12/27/19 hiding in Cocoa Vine land Spayton Rd. in a Silver (FL) Suburu grey Station Wagon driving Fast (Museum Space Coast) by a woman. They went into The (Jewish Congregation Synagogue Parking) Lot and there was an #0814 Orange County Sheriff right There. So I could not get The License plate. Probably, Mark Epstein had Followed me From Manhattan, N.Y. To Disney Springs In Buena Vista, FL. I Next would See Nadia Machthova with her Blonde Hair up in a 1960's Bufant hair due driving a Black car (FL) LWS J10 with a white Men with black hair. They drove 4 Times around me at Bars where It was pouring Rain on wendsday 1/22/20 on RT. 1 in Port ST. Lucie (birthday My Stupid) and switched driver. The criminal gang was joined by people #6 LAZ 9IM4 (FL) FSV4Q0 white car and The Manager on a white women who copied outside To Talk To home less white Man Flashing a cell phone 50's yrs. old

"pit Rd Mrs SuperMarket" Exedern Pa. ⭐⭐

4/16/21 Friend Brett (Felony Evidence) On Friday 8/20/21 in Exedern Pa. I Saw Jeff Epstein's 5'034 (Sight) He Threatened My Life. He was in a grey car and Took off when he saw me

Pg 6 of 20

Proof - Evidence - Felony Evidence - Criminal:
Sexual Predator or More Hurting Cops and Family Members.

Response Logistics To case # 60485-CV Moore
Frank Brett ☆
VS.
#1. Jeff Epstein
#2. Mr Gunther
#3. US. Marshall Way
#4. US Marshall Mr. Tucker
ET, AL.

#1. In Jacksonville, FL On River Rd. In 4/16/21 I saw Ghislaine Maxwells Female Cousin with a Big Husky dog shorthaired my life to Jeff Epsteins brother Mark Epstein Followed me Committing Fraud and stalking and Interstate Racketeering From Manhatten, N.Y. after I filled a Law Suite against him.

Jeff Epstein Brother on Friday 8/9/19 with Valerie and Mr Gonzalez at the Manhatten, N.Y. US Federal courthouse. There were several attempts on My Life by Team Sexual Predator Led By Nadia Machittova + Jeff Epstein until he hung himself in Jail in Manhatten, N.Y. The Next day.

8/10/14 Mark Epstein Now The Leader of Team Sexual Predator Followed me with his Russian models to Newark, N.J. He was Trying To Eliminate Me with his CANER and Princess Beatrice Princess Eugene + Rabbie who Lied for Team Sexual Predator For 30 years. I then would see Mark Epstein in his Late 60's yrs. old in Buena Vista, FL In 12/27/19 hiding in Car on Vine kind Spectra Rds in a Silver (FL) Subaru grey station Wagon driving Fast (Museum Space Coast) by a woman They went into the (Jewish congregation) (Synagogue parkway) Lot and there was an #0814 Orange County Sherriff right There, So I could not get The License plate. Protectly Mark Epstein had Followed me From Manhatten N.Y. To Disney Springs in Buena Vista, FL. I Next would see Nadia Macintova with her Blonde Hair up in a 1960's Bouffant hair due driving a Black car (FL) LWS J10 with a white Man with black hair. They drove 4 Times around me at Beals where it was pouring Rain on Wendsday 1/22/20 on RT. 1 in Port St. Lucie, Florida They stoped and switched drivers The criminal gang was joined by People #6 LAZGIM4 (FL) FSV420 white car and The Manager a white woman who came outside To Talk To Homeless white Man Flashing a cell phone 50's yrs. old.

"At Red Ners SuperMarket" Exetern PA ☆☆

4/16/21 Frank Brett / New Evidence On Friday 8/20/21 In Exetern Pa. I saw Jeff Epstein's 55yrs old He Threatened My Life. He was In a Grey Car and Took off. When he saw me

# *Party* Started!

## After the emotional ceremony, stars celebrated into the night

**Living It Up**
From left: Eiza Gonzalez, Idris
Elba, Jonathan Majors, Michael B.
Jordan, Tiffany Haddish, Diplo
and Danielle Brooks mingled at
*Vanity Fair's* bash. "what a night!"
Elba wrote on Instagram.

# Party Started!

## After the emotional ceremony, stars celebrated into the night

**Living It Up**
From left: Eiza González, Idris Elba, Jonathan Majors, Michael B. Jordan, Tiffany Haddish, Diplo and Danielle Brooks mingled at *Vanity Fair*'s bash. "What a night!" Elba wrote on Instagram.



Pg. 36 of 40

Pg. 10 of 27

All Murder Suspects Over 90 Women

(#2) Special - MRS. Bezos - The daughter of Mckenzie & Jeff Bezos - Amazon and at least 1 Female Cousin NUDE/Stripper In Excitement Magazine The Other Made of PoRNO The Dark Angel - NUDE w/ Black Angel Wings In Brian Paladino's Collection

(Murder Suspect #1) Debbie McGlone's Cousin - PoRNo STAR - Elvira (Impersonator) white w.

(#2) Adele D'Angelo Female cousin - Stripper at Cheetah strip club in Florida - (All N

(Excitement Magazine) (#3) Philadelphia Police LT. JoAnn Hauch daughter - Stripper at cheetah strip club in Florida

(#4) Jo Lynn DeFelice - daughter or female cousin - Stripper in Florida

(Excitement Magazine) (#5) Francis Moffitt - daughter - Stripper at strip club "FOX" in South Florida

"Actress" (#6) Drew Barrymore daughter - blonde - stripper at club "Fox" in South Florida

(Excitement Magazine) (#7) MRS. Patterson - daughter - Black hair stripper at club "Fox" in South Florida "pin

(#8) Amber Grey - Robin grey Female cousin - PoRNo STAR - Amateur in with Ed Powers

(#9) Caroline Gentz - PoRNo STAR - Amateur in with Ed Powers and Black Man

"Actress" (#10) Demi Moore - 1980's - "Moovie The Marine" big criminal and Stripper (2 Times divorced) - ED Bruce Willis (#2)

(#11) Caroline Gentz - Female Blonde cousin - PoRNo STAR - in w/ Ed Powers "Dirty Debute

(#12) Ricky Gentz - Male - PoRNo STAR - in with Ed Powers and Italian Blackhair Dirty Da

(Excitement Magazine) (#13) MR. Gunn - Male Kevin Gunn cousin - PoRNo STAR in with Ed Powers and Mom

In with Dan Brett + Brendan Brett and Frank Blatcher attorney, Hugh Brecklin Atte

Excitement Magazine (#14) Kim Sindee - Female cousin - Stripper at "Runway 69" Strip club

(She's in Excitement Magazine) (#15) MRS. Machavada - Nick Name - "Harlotte" Stripper at "Runway 69" Strip club

Italian Woman from Ardmore PA in with

"Dream Date Excitement Magazine" (#16) MRS. Keene - daughter of MaryLou Keene - Stripper at Cowboy Strip club

Madam Murderer (#17) MRS. Bolton - daughter of Beth Bolton's sister - "Stripper at Cowboy Strip club

(#18) Christine Sabol - Stripper at closed club in ards and closed Social Gaslight Strip club in Phila Pa Danced at Penthouse Strip club in Phila Pa in

Penthouse Magazine - Centerfold pictures - "Robert Guccione owner of Magazine

Robert Guccione Jr and Phil Guccione obliminated seen with Palm Pa US. Marshall Anthony unknown "Italian Thin" US. Marshall in Palm Pa seen with Anthony unknown John Z Boss of Philadelphia US. Marshall's and Salvatore unknown Italian Man - Large, dressed with

Salvatore US. Marshall from Palmbeach, Fla

Murder Suspect (#19) Jennifer Lopez - 5 Time Puerto Rican devorced woman went to Hustler Magazine and Made a Stripper Moovie

Murder (#20) Christine Sabol - sister Stripper in Daytona Beach, FL

Murder Suspect (#21) Christine Sabol - daughter - stripper at club "Fox" in Guam for 2 years hiding from Feds 5 strip clubs. (Cabaret 69) In Palmbeach FL

Murder Suspect (#22) The Dark Angel - MRS. Mckenzie Bezos + Jeff Bezos - daughter - 20's years old - Nude - (Brian Paladino) Investigator - Frank + Dissapeared - PoRNo Moovies - Evil Angel - Dark Angel - (Elon Musk) Bill Gates, Mark

All Suspects - Hunter Biden, Mike Hirtz, Brian Glazer

MR. Gunther - Jes Staley - (Banker)

Pag 10 of 2)

( DRew Barry More Daughter - Stripper )

~ Jlm Ahot Jim Mumz - Female Cousin • 20'3 yrs. old

(On Same Day) #1) MRS. Mumz ~ Female Cousin ~ Totally Nude Center Fold • 20'3 yrs old.

#2) MRS. McGee ~ Female Cousin ~ portraly Nude Boobs out • 20'3 yrs old ~
Club for Stripper in S, Florida (MR+MRS. McGee Live On Princeton Rd.)

#3) MRS. Cindy Patterson ~ Female Cousin ~ Boobs showing In Excitement Magazine. 20'3 yrs old
#4) Stripper in S. Florida. at club Fox Strip club.

★ #4) DRew Barry Moore JR. ~ female daughter ~ In Excitement Magazine • 20'3 yrs old
Stripper In S. Florida. at Club Fox Strip club.

#5) Frances Moore Jr. Female daughter ~ In Excitement Magazine 20'3 yrs old
Stripper In S, Florida at club Fox strip club.

#6) MRS. McGlone ~ Debbie + Hil & e McGlone Female Cousin ~ Centerfold Completely Nude
"Club Fox" In Excitement Magazine. "Elvira" ~ Porno STAR ~ Impersonator.

#7) MRS. JoAnn Hauch ~ Female daughter ~ 20'3 yrs. old. cheetah strip club ~ Nude
In Hallandale Beach Fl.

#8) MRS. Nancy Hughes ~ Female daughter ~ 20'3 yrs old ~ Nude STRIPPER ~
Went To MRS. Nude USA Pagent in Las Vegas Nevada ~ Seen In Excitement Magazine

(Together) #9) MRS. Watkins ~ Female daughter ~ 20'3 yrs. old ~ Nude STRIPPER ~
Went To MRS. Nude USA Pagent In Las Vegas Nevada ~ Seen In Excitement Magazine

★ #10) MRS. Baby Laputa ~ Female daughter ~ 20'3 yrs. old Topless STRIPPER at club Solid Gold
In Ft. Lauderdale, Fl.





New York Post, Tuesday,

*"More Murder Suspects"*
*A New Attack on Black Beauty.*

09/10/01 33

# Hospital officers charged

Three members of the Apple's public-hospital police force have been indicted for allegedly beating a man outside a Manhattan medical facility last year and then trying to cover up the assault, prosecutor said Monday.

The NYC Health + Hospitals officers — Raymond Green, St. Patrick James, 54, and Shahed Khan, 38 — allegedly attacked the unidentified 33-year-old victim because he refused to leave Bellevue Hospital after medical staff had cleared him to go home, according to Manhattan District Attorney Alvin Bragg.

For the alleged beating — which left the victim unconscious on the pavement — the three have been charged with one count each of official misconduct, Bragg said.

Green was also been charged with second-degree assault, while James faces two additional counts of falsifying business records.

James and Khan were allegedly escorting the black man out at about 8:50 p.m. on Jan.

## HOT ON THE YACHT

Ex-husband's new wife

Mega-producer's wife

NBA coach's wife

Lauren Sanchez

Younger sister

Hollywood skin guru

Uber-networker's wife

LADIES NIGHT: Lauren Sanchez, th...

Jeff Bezos - Amazon Marrying his Mistress Lauren Sanclez.

Lauren Sanclez

Tuesday
12/19/23 (#7) ON Jeff Bezos Super Yaht in St. Barts owns 500 Million dollar Superyaht. The Former Mexico City Journalist turned 54 and is marrying Jeff Bezos.

(#8) Lydia Hines - Married to Nthe Hines - A Bill Clinton Aide turned CAA Super Agent who repped Bruce Willis and Katy Perry. He's an investor being sued for 700 Million dollars over Links to fallen crypto tycoon Sam Bankman-Fried. She is an attorney from Stanford University. The Hines vacationed in 2019 with Bezos and Sanchez just after News of the Amazon Founder's affair with Sanchez broke. ✱ !A

(#9) Jamie Sherrill - Sherrill a Hollywood, California skin care expert - (Nurse Jamie) Has worked with stars Like Paris Hilton and Khloé Kardashian. She owns the Santa Monica, CA Medical Spa Beauty Park and is on Netflix Zon skin decision 51 year old Mom of Triplets.

✱ (#10) Elena Sanchez Blair - Sanchez's younger sister 41, Mom of 4 in Seattle, Washington - Now a photographer and owns a photography business (Former Nurse)

✱ (#11) Elsa Collins - 43 - Jarron Collins, basketball coach in NBA. Former NBA Center. She grew up in Tijuana, Mexico and Met Jarron Collins at Stanford University, have 4 children. Campaigns for families separated at the border. Elsa and Lauren play Pickleball together.

(#12) Veronica Grazer - 50 yrs old is married to Hollywood and TV producer Brian Grazer. She became his 3rd wife in Santa Monica in 2016 in a ceremony with Oprah Winfrey and Disney's Boss - Bob Iger in attendance. Brian Grazer - 50 has moved in the same circles as Jeff Bezos since Amazon moved into TV around 2014. Veronica is a founding partner of a
✱ Financial technology app aimed at helping low income families.

(#13) October Gonzalez - The Actress 43 - played in Modern Family, "The View" married Former NFL Football player - Tony Gonzalez a former tight end for the Kansas City Chiefs in 2007. They have 2 children together; Tony Gonzalez was in a relationship with Lauren Sanchez in 2000 and they have a son Nikko Gonzalez 22.

Pr 13 of 2

(1998-2021) - Lauren Sanchez was in with Cartel Bosses and drug players Frame Low Journalist days IN Mexico City. ① D'ALBRO Roa Sanchez - from Mexico city and lived in Florida for years

② Albro was a drug dealer and a drug runner for the Mexican Cartel's.

③ Antwan Rio Jonas - was in with Albro Roa Sanchez who worked For Bashnante Mushroom Growers in Avondale, Pa. and Bashnante Paint Company at Hemlet Square, Pa. (1995 - 2000)

④ Bashnante Paint Company worked for Bashnante Construction Company. Mr Bashnante was Boss

⑤ The Pannaccio Brothers - Nick, Al, Perry and Matt and Marissa Pannaccio all Joe Sullivan Haverford worked for Mr Bashnante Out his home he built in Avondale, Pa.

Jim + Nimrod Jonny Shettler, Joe Sullivan and Al Pannaccio and Perry Pannaccio were heavy sex with Stripper Prostitutes and were all in with My ex wife Cheryl Brett who had cheated on Me The 1st year of Marriage.

Mom+ Rich unknown, Joe Jona Insurance Pro in with Robert MacElwee and got brokers from Vincent Croce Convicted Felon for Independence Blue Cross of Eastern Pa where every year on the Christmas Party would get a Kilogh of cocaine I would Later find out. Cheryl Brett, Him Sawtee girl him 37-38 Hethy Borenso Dave Pearson and Don Pearson 2 Lawyered Drug Dealers in with Michael Eileen Schneider the Middle drug dealer had The Indepedence Blue Cross Eastern Pa Christmas Party ★ ★

★ ⑥ Michael Eileen Schneider - Big Cocaine Christmas Party Employees. (1994 - 2001)

Went To Trial ⑦ Cheryl Brett, - I caught her in Mid December 1998 and told My Crooked Attorney's Braden Brett, (Bill Bonebach) ★ Brad Bernard + Lyle Berner, ⑧ Dennis Munk Criminal, (Greg Lamorica - Criminal)

⑧ ⑨ Him Sawtee and Black woman drug dealer Black Muslim woman unknown from Tennessee

★ ★ ⑨ Mary Sawtee Borenson - works for Pannaco Company that does business for Indepedence Blue Cross of Philadelphia Pa.

⑩ Sue Harker Lynn Deshmore - ⑩a Mary Brown (nurse)

⑤ Mrs. Anthony Mannello - Fired from Blue Cross Billing Department.

⑥ Robin Grey Gilroy - Fired from Blue Cross Billing Department.

⑦ Laurie Massimano Zepha = Fired From Blue Cross Billing Department.

#8 +9 Mark + Eileen Schwendler - Mid Level Cocaine drug dealers

#10 Black Female Muslim - Cocaine Dealer from Tennessee

Lee Ann McConnel - Drug dealer in with Marsha Stewart+ Croce and Gary drug dealers

(#24) Britt Lewis told me Ghislaine Maxwell was a Madam in 12/2006 at
the 1st Look Investigation in Orlando, Fl.

(#25) Ghislaine Maxwell was teaching poor Underage girls like
Virginia Roberts to Rub her Boobs on Mens backs and other Massage Techniques

(#26) Ghislaine Maxwell motivations and actions were sexual as were
★ Jeff Epstein's. Britt Lewis told me this in 12/2006 that she was with
Ghislaine Maxwell and the Jeff Epstein Gang.

(#26) Britt Lewis My Undercover Partner told me they would lie to these
(and Virginia Roberts) Underage girls and make false promises like Trips to foreign c___
and promised them college Education which Ghislaine Maxwell and
Jeff Epstein together had promised many Underage girls for the Solo
purpose of the 2 of them having sex together in a 3 some

★ (#27) Britt Lewis told me Ghislaine Maxwell was a "Swivel hitter" she l___
Virginia Roberts + liked guys and girls and that she had sex with Ghislaine Maxwell and Jeff Epstein
(#28) Ghislaine Maxwell and Jeff Epstein were framing people with
these young girls to get them into his pocket in Manhattan, Ny

(Probation?) (#29) Jeff and ___ Epstein were partners in buying properties and
Renting these properties to foreign and International young models
who were underage for the purpose of having sex with them same? Britt

(#30) Britt Lewis stated the french Playboy Jean Luc Brunell was done
in with the Epstein Brothers to find underage models and have sex with
through his Now closed Modeling Agency. Jean Luc Brunell drugged a lot of underage

(#31) The US Government illegally intercepted my phone while I was speaking to
Britt Lewis about the Jeff Epstein gang and Team Pedophile,
this was illegal and they almost killed me several times because of this
illegal action.

(#32) George Bush fired Attorney General Latin Man - for illegal wire taps under
(8-10) the 1996 revised FISA law. (foreign Intelligence Surveillance Act)
this was Reported by the USA-Today Newspaper and Reporter David Jackson

★ (#33) Around 2006 I was 1 of 27 people that won against the US Government and
George Bush and first Latin Man Attorney General of the US, National Security
Advisor was Alexander Haig (Senior) and (CIA) Central Intelligence Agency
Kyle Dusty Fago (and a FAGO De chao Restaurant chain he used to stay
with Black Man Jimmy Davis of the CIA) who Recorded illegally with Carrol + Steve Yields
Jimmy Davis of the CIA bugged + Recorded Con 5 struction and and My Mother + F?
had and Brother had with Steve Carroll Yields cut their Attorney Hugh Braden. Fosters
Police Attorney french Citizen and Hugh Braden With M?
Recorded at $30 Frame My Mom me
for 14 year Shutdown ??? Vincents With Many Cops that Front Compa?
Owners?

Pg.15 of 12

Mike Gold Berg Evidence ✱

✱ #1 IN 2008 IN front of The US. Federal Courthouse IN Philadelphia Pa.
I Saw White Man US Marshall around 50 yrs old Glasses with Attorney's Francis Currin and
George Rasasias. The US Marshall unknown threatened to arrest me if I Talk to them
I proceeded inside The US Federal courthouse were Italian John aidhys big Muscular
Friend Italian anthony ws Marshalls saw My Tapes I had and called them out Laugh
This was during the Vincent Fume CORRUPTION TRIAL.

The Tapes were on people of various corruption cases As a witness, and on federal
undercover, Federal Logistics Tudor, and a Federal Informant for years. I had witnessed

Criminal ✱ #1&2 Federal Judge Barbara Goldberg, her husband and her son Mike Gold Berg Guilty
of Obstruction of JUSTICE, Stealing My Sealed Federal Documents with Stamps on them.

✱ My Proof ✱ IN approximately 9/2021 IN Prince William County, Virginia on RT-1 once
Black 10 speed Bike I saw Mike Goldberg. He stopped and stated he was sorry for
screwing me over. He took off on a fast expensive Bike.

9/4/22 In ✱ #1 Approximately 9/4 AT My dates and Times of This Event were stolen The 1st Time ONE copy IN
Fed. 13 Continued (No) 9/5/22 by University of Florida hospital In Jacksonville, FL
By Crooked Doctor Mr. Phillips, MR. Schrader, a DR RANDY Mitclels's 50's yr old Doctor

✱ #2 DoctoR, MRS. Yang, MRS, Hing, & My Gay Male Nurse, Black woman Older Nurse on 5th floor
Black Man Security Guard constantly on his cell phone.
Jacksonville, FL, Police officers, MR. Supp White Man and Whit raough White Man Cop
and Black woman cop MRS. Yates in The Emergency Room all without a Mask during The Virus
which Subjected Me To The VIRUS.

✱ #3 The 2nd Time that All My dates and Times of This Event were stolen In 11/21/22 by
The Orange County Sheriffs Department which falsely arrested ME in with
US. ARMY 2 MR. Stours & 2 MR. Steve Barrows Cousins, US ARMY MR. Hanes White Man
all were in with 5 other US. ARMY Men, Morris Prosol US. ARMY, and The Lvars
Dexter & Judith McCollugh in with them that FINGERED My weasbands and fabrified their
statements To. Ex US. ARMY Orange County Sheriff MRS Meudos, unknown Corporal
Sherriffs Whit Man MRS. SORREL - Mass Murder Suspect Slennth MRS Gomez, MRS. Mulberry Orange
county Sherriff, MRS. TINA howldson and US. ARMY Orange County Police Chief Sherriff John M.
✱ ✱ Sherriff MRS Ashley White woman helped for Steal documents for 18 days.

Pg 16 of 36

#2. Jack Goldberger
#3. Gerald Leff Court
#4. Hen STARR - Impeached Bill Clinton
        for perjury

BLAIR
(#6) Jay Lerinowitz -
(#7) Guy FronsTin

(5/2006) Police Chief Mike Reiter is outraged by Plea Bargain Proposal

(5/1/2006) Chief Mike Reiter - Probable Cause disclosed.
Arrest warrants for Sarah Kellen and Wendy Dobbs.

★ Mary's father was followed by a Green Monte Carlo -

☆ Private Eye - Zachary Bechard of Jupiter, FL continued
(Found 47 Raped girls) Police Chief Mike Reiter, Detectives MR. Dawson and Detective Recary
Tim Malloy - was a TV Newscaster in South FL, and an ex New York Police Department officer.

7/28/2006 - Grand Jury readed verdict and charged Jeff Epstein with just
one felony Count of Solicitation of Prostitution.

2005-2009  R. Alex Acosta - Miami cy, FL. US. Attorney. He worked for
Hen STARR, Kirtland & Ellis Law firm before becoming US. Attorney.
Alex Acosta was also a clerk for Supreme Court Justice Samuel Alito.

3/20/2011 - Letter to the Public -
Jeff Epstein was a financier and a Money Manager. Secret
Clientele limited exclusively to Billionaires. Andrew Wexler - owner of
Victoria Secrets Modeling Agency and Catalog company gave Jeff Epstein his start. They Raped
(ad had sex w/ girls) The Officers plan Reflected a particular pattern and Method
To cover up Crimes by officers in the Palm Beach Police Department,
Several officers caught with Prostitutes. MR. O'Connor, Sgt. Long, MR. McDonald,
(Bill Hollingworth, MR. MacDavid, 2 Minns Brothers officers, Officer Pike, Arthur Gardner, & Lt. Joe Greco, all
covered up Rape Murder) As a Result of These encounters with Police and Family Members
I experienced Confusion, Shame, Public Humiliation and
embarrassment, and have suffered severe psychological
and emotional injuries. I had several concussions, and broke my collar
bone, Left Knee Cap & bruised and Broke Right Knee Cap, cracked Rib.

★ ON 6/30/2008, Jeff Epstein Reported to the Palm Beach County Jail.
Rich Bradshaw was the Sheriff of Palm Beach County, FL.

(Visited in prison) Russian Mixed Martial Artist Named Igor "Houdini" Zinoview
Disbarred Attorney - Financial Fraudster - Arnold Prosper

7/31/2009 - Jeff Epstein walked out of the Stockade after 13 months.
He had Raped 104 underage little girls. Reported in 1998 by 60 minutes.
TV Show Reported by J.M. Patterson and Whole Book company, Me & Robert Lewis Team and
Virginia Roberts Team David Boies & 47  Team & Judges Sam Cabbell & Bradley Edwards & 47 Raped Victims.

Case 1:24-cv-00140-MW-MAF Document 1 Filed 08/16/24 Page 28 of 36

(FL) White Truck — John Morgan
Schneider Truck

Orange County of FL
Wensday 12/14/22

6:30 py | MR. Price Black Man Criminal New Guard, or MR. Price | 6:30 py
John Young Parkway | Stalkie Me Interstate with MR. Byers, MR. Street, MR. Saint at The 33rd St. | Hy Way
opposite way | | John Young Park
| Jast a His son Went To The Salvation Army, Private MR Mowery & Mac | Trenton Crimkers

Orange County Fire Truck | WM — Trash Truck
Fed Ex | Fed Ex
Yellow — Truly Nolan Truck | (FL) White Truck Morgan
(Red) Flowers TRuck | Schneider Truck
(Red) Walgreens
(Red) TRuck
Orange Schneider TRuck
Raven TRuck
PHH TRuck
(Blue) AT+T TRuck

Thursday 12/15/22

12:30 py | (Red) Walgreens | WM — Trash Truck | 12:30 py
John Young Parkway | McDonalds TRuck | Fed Ex | John Young Parkway
Opposite way | Tow TRuck | | Hy Way
Orange County Corrections Car
(Green) Enterprise Rent a Truck

Friday 12/16/22 | Friday 12/16/22

12:45 AM | 2 Small Fed Ex TRucks | (Red) Sign Truck | 12:45 AM
John Young Parkway | 1 Big Fed Ex TRuck | Blue Fed Ex Big Truck | John Young Parkway
opposite way | 1 Purple Tanker | (Black/White) Summit TRuck | Hy Way
(Mike McManus | (Blue) Cobblestone Hills TRuck | Blue Glass TRuck | (Ron Glass US Attorney
| (FL) Big White TRuck | Green ADT Truck
| (Red) Ryder TRuck | (2) Amazon TRucks
| | yellow means Txt.
| | (FL) Big White TRuck (John Morgan)
| | (Blue) ADT - Truck
| | 1 Fed Ex TRuck

Orange County, FL,
Thursday 12/8/22

11:00 PM
John Young Parkway
opposite way

Orlando Ambulance
5 Fed Ex Trucks
1 Small White Man
1 Orange County Corrections Dept,

Criminal Fast Blonde White woman + Black Man Corrections Officer for Orange County Sheriff walking
into Corrections Jail.

False Arrested Me with Tima Wood's Black woman + MRWIN Darry
Black Man + Sheriff MR. Meadows, + Italian Man Corporal and
MR. Gomez took my Bike and Drof Case to Orange County
Sheriff's Impound.

(#3) Gary Stein Murder Suspect + Dexter + Judith McCollough
Lied - Trias I Block away from their ATM.

(#2) Dexter McCollough in with
Teresa + Mike McCollough + Rex McCollough + 11:00 PM
and MR. Binder Latin Man apologized in Jail   My way
MR. Lourege in with Dexter McCollough bled  MR. John Young Parkway
to 33rd ST. Jail.

Friday 12/9/22 — 12:05 AM
Guard is Black Man MR. Woodford

Friday 12/9/22

10:00 PM
Ex John Young Parkway
opposite way

2 Fed Ex Trucks
1 Yellow Penske Truel
1 White Tow Truck
(Yellow) Fed Ex Truck
(Black) RAVEN Truck
(Green) SATA Truel
(White) MORGAN Truck
Red DHT Truck
Dollar GENERAL TRUCK
AMPM Dodge
Mears Taxi
Orange County Correction VAN
(Green Cowan - Baltimore - Truck - US. Federal Judge Cowan)

- Orange Truck
eM Waist Management Trash
Fed Ex Van
1 White Tow Truck
Mary unknown India woman - 45, Federal car
drives a (FL) White Mercedes - criminal
In with Meredith Brett and Rodney White Man
US. Marshall Tyler Boyfriend Criminal with Salvatore + Joe Theberian
MR. Mathews and 2 Black US. Marshall

10:00 PM
My way
John Young Parkway

Orange County, FL,
(Monday 12/12/22 - Dave Williams guard)

MR. Unknown Scarrest Murder Suspect Black
Man MR. Bowls at US. Courthouse

1:00 PM East
John Young Park way
opposite way

(FL) Big White Truck
(FL) Small White Truck
(Black Man - Department of Corrections Van)
Blue Trash Truck
(Red) U Haul Truck

(FL) Big White Truck
(Red) Orange County EMS
Carroll JFulmer Truck
Yellow J.B. Hunt
(FL) Small white Truck

1:00 PM West
My way
W, John Young Parkway



**CITIZEN COMPLAINT INTAKE FORM**

Date 5/13/16   Time 3:00 PM

Name Frank Brett

Address Any 624 Lexington Ave
Orlando FL 32801

Phone None (Handed to US Attorney Elizabeth Medlin and Latin Hands Security)

The United States Attorney's Office is staffed by lawyers who represent the United States. This office does not provide legal advice to private individuals. While we prosecute criminals, this office does not conduct investigations independently of these agencies. Please print a brief, forward information you have to the applicable agency. Be as specific as possible. Your information may be given to you wish to give. If necessary, they will contact you...

Mail to us at:

United States Attorney's Office
400 W. Washington Street, Suite 3100
Orlando, Florida   32801
(407) 648-7500

...that the willful furnishing of false information to a federal agency may constitute a violation... penalties of five years imprisonment, a fine of $10,000 or both...

**SUMMARY OF INFORMATION OR COMPLAINT:**

Have you consulted with any other agencies regarding this matter?  X Yes ___ No

If so, which ones?   US Attorney in Orlando, Fl.

What did they tell or advise you?   Nothing





Punch off

Summer 2014 (#1) STEVE BANNON - President Donald Trumps Strategist Raped a Russian under age. Model with MR. GOD and JEFF EPSTEIN at Jeff Epstein's Manalleang N.Y. Mansion after a dinner party in 2014, Anastasia Unknown I was across the Street in Central Park waiting for Anastasia, They gave Her the Evidence has blood with DNA on it.

1/5 (#2) US ARMY Alex Acyla — Went to Chapel St. Keserer Mission with John Gambino

10/16 (#3) US ARMY Efron Vega — He Tried to Slash My Throat with Knife At UCLA college seen with John Satre Male Cousin with Knife & TRAN Dishen

(#4) US ARMY Rigo Vega — seen at Prince of Peace Catholic Church with Tim & Gracel

5/15 (#5) US ARMY Rigo STONE — seen at Salvation ARMY In Orlanbg FL.

(#6) US ARMY Stahl on MR. Homes — on Schilt trail in Pettrenvay, Pa.

9/5/22 (#7) MR. Homes again Followed Me — To The Baldwin Trail Near Jac'k. Sonville, FL. ON 9/5/22 When I was passed by him and his Friends again Drove all of Them.

11/22 (#8) US ARMY STEVE BANNON'S Cousin hiding out Smoking Pot AND Having Sex with Midland Russia.

12/29/22 (#9) US ARMY Evina STONE — cousin Threatened My Life at The Days Inn on RT 1 in Stuart he's Around 50's yrs. old. He day fits hand across his Throat. He was in with "The Prostitute Gang"

★ 12/29/22 (#10) Perry Pannucelo + Al Panna... 's — Male Cousin around 30's yrs. old Threatened My Life on RT1 in Kissco City, FL. Near Jensen Beach Mall. "He stated he was going do GTAB /... a Specific.

12/30/22 (#11) Next I heard The SAM at My Lft In a PD grey small car. He stopped to Talk to Perry Pannu's Male Cousin. SAM Asaygh was Trying To Marry divorced women Brittany Spears at This Time

1/23 (#12) SAM Asaygh and Brittany Spears committed Felonies against Me with Perry & Al Pannucelo 2 divorced Mafia Associates and Attorney's Charlier John Renter, Perry DeMarco and Ray Driscol.

9/5/22 (#13) Shortly After Attempted Murder by Perry Pannucelo Male Cousin on The Baldwin Trail Where I saw ... 30's yrs old ( Mafia Associate of Peter E. John Gotti )

5/2014 (#14) US ARMY Davey Jones From Mississippi

5/2014 (#15) US ARMY Rigga STONE

5/2015 (#16) US ARMY MR. ORTIZ

5/2014 (#17) US ARMY MR. O'Donnell

5/2015 (#18) US ARMY Terry GRAY    Black Man — Criminal (Jason's Deli closed because He Lied)

5/2014 (#19) Bill Christiensen's Male Cousin from Pennsylvania, Bethesda Mission, Harrisburg, Pa.

5/2014 (#20) US ARMY MR. Rodriquez In with MR. ORTIZ

5/2015 (21) MR. Smith

5/2015 (22) US ARMY MR. Panna

5/2015 (23) US ARMY — MR. Johnson — White Man — Cousin seen Bethesda Mission, Harrisburg, Pa

5/2014 (24) US ARMY — MR. Matheson — ... Man Critical



(M322 of T) On Friday 11/6/2020 around 9:30 pm on RT1 south
Watson Rd. The St John's County Sheriff's Department acted in
concert with (M2032-9TI) whereas I show a Booting Female with
her head piece on who was with a white Female in a Black Nissan
Altura and may be a white Italian Looking Him with Black Hair in the passenger
Seat at that time to Run Frank Brett over while walking his bike
in the grass at this time. The above Black car white woman (M) Black Nissan
pulled over and talked with (R2 (F1) 2329TJ white car (D) Black
woman and called the police at this time. Then Ray Papus Male cousin talked me he
(F2) 389 RHU Blue Toyota 4 Runner hits was attempted Murder of a US Fed. Undercover Man
and Witness who has still on an Investigation into Multiple Killers of
Police officers. This was Immediately told to offices Am Hatch
and Mr. Combs of the St John's Pl Sheriff's Department.

(#) I WAS Threatened in the Beginning about an Hour Earlier at
Aldi store by a Black woman (F1)
the Aldi parking Lot in omnibus with her daughter and she yelled at "You
got a problem" she Just Missed Hitting me with her Car.
I was looking for a receipt in the parking Lot of Aldi that shows the Address of
the store that I have Never been while of. A Bohemian Black Am Th with
Guzman Lotra's 60's yrs old cousin again this year who had threatened my life
There were at Least 4 Bohemian Black Men and 3 Latin Men living
in the woods behind Aldi and Across the street from Aldi store an Wilson Hinkel
in Marion County Fla who now live with Guzman Lotra's 60's yrs old cousin Fla
stated "He was going to Aldi the Gay Boutique Cop."

A Black woman Friend of Mrs Watkins - Threat to Kill Me from Aldi Market
In Marion County Fla at new years ago (This Black woman and I had No Idea She was
Now working for Aldi Market in Elizabeth & North Jersey tried to Murder me again
in 2020 Ah her gave her threats from Aldi Market and an Oriental Church were
I had seen them following the Date Manhattan New York in 2020 with very much of
Oriental people.



On Friday 11/6/2020 around 9:30pm on RT 9 square
watershed. The St. Johns County Sheriff's Department acted in
concert with 2039-9TI where I Saw a shooting female with
African Vail may be white Italian looking them with black hair in a Black Nissan
Seat at that time to run Frank Dady over while holding his cell/phone
in the Grass at this time. The above black car white some Fl. Black Nissan
pulled over and talked with the FL 2329TI white car Dodge
i numerically called the Police at this time Then Raynes made me go to hide more
and without who was still on an investigation into multiple murders of
Police officers. This was immediately told to officers Ron Hatch
and Lt. Cribs of the St. Johns Fla Sheriff Department.
I was threatened in the beginning about an Hour earlier at
Aldis Store by a Black male. She had followed
the Aldi parking lot to continue with her stalking and i while in office
got a confidential out Third missal hitting me with her car.
I was looking for a receipt in the parking lot of Aldi that shows 2 address of
No store that i have never been there of. At Bohemian Black man with
Aldi store in Martin County was acting dealer seen with Aldi Employees at
Coleman Lottas GPS yr old crack again this year into had threatened me
There were at least 4 African Black Men and 3 Latinos, Browns
in the woods behind Aldi and making the threat from Aldi store in Bohemian Market
in Martin County. The who was in with Coleman Lotta's GPS yr old crack also
stated he was going to kill the Gay Contigo Cops

** A Black woman Friend of theirs at this + tried to Kill me from Aldi Market
in Martin County Fla a few years ago This Black woman and I had No Sea She was
Now working for Jal DI Market in Elizabeth Jetroll Jersey tried to Ram Frank Dady
in 2020. When gang seen in and from Aldi Market and an Oriental Church were
I had seen them following me into Manhattan Many in 2020 with much of
Oriental People.



Pg. 29 of 29

Gainesville, FL
Thursday 8/15/24

10:00 PM   White woman (FL) 261 PNN Blue Car
NW 13th Ave   Chace Chiropractic Clinic
opposite mall   (FL) DV 36 VP   Black Car

white woman (FL) 44D DV 8 Blue car
New Man (FL) BC3 2 2 M

Red Pool 3
Said Dead (FL) BC2 2HC Grey car

UPS
(FL) I7NH 1-3 grey truck

50's yrs old Black woman Green shirt Jogging
Old Black Man on MASC) While
Blue - (Very Muscular)
Black Man of Airtight Enterprise Truck Colored
Florida Home State White Man
St Augustine Church
University Ave. Learning Center

Princess of Portable Toilets
white woman (FL) 04 e FCC Grey cup
University Of Florida Truck
White Man Health Department (FL) THO 0465 White car) criminal)
Pel SL Electric
A (FL) LDU 247 Red car
44/16 Gainesville Cup
(FL) New 84 grey Truck
(FL) 04B HM 10
Hammer Down
(FL) Ray 562 Black car
(FL) White 106 Black car
2 White Man DL 176/4 Uhtaul
(MRs. Lapota Criminal) -80's yrs. Old Criminal
The Whole Family for 23 years,

1738 W. University Ave, Gainesville 37003
(352) 372-353
Priest Blair Gaynes
Priest Raquel Radriraez
Priest Micatalia Josep

Gainesville Fire Truck   10:00 PM
(FL) Alachua District Procter   NW 13th Ave
Lowered Man 50's yrs. old   My Way

Mad Lach Tlanter Mare
2 Black woman (FL) DN 2 866 Grey Car
Black woman (FL) W16 7 T Black Cup
4706 Gainesville Cup Sub)   University Ave.

St. Augustine Criminal Staff
Business Manager Ashley Hemingway
Director of Evangelism - Vincent Herzog - criminal
Campus Minister - Seth Garaiecle
Shanice Sandtagy
Sister Lourdes of The Holy Eucharist
Sister Gve Manica - Benevenen

Maria Spike Yohus
Cecile Sands - Paris Secretary
ASoran Connor - Communication
Freddy Roja   criminal
Ingrid Hamilton
Receptionist - Debbie Vomere
Jennifer Co's Pede
Sr. Raquel of The Holy Spirit
Lee Ann Andrews wicy
Sabrina Jassich
white Man U Haul   University Ave
(Red) UT 00269 SE Freight