IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FRANK BRETT,

    *Plaintiff*,

v.                                                             Case No.: 1:24cv140-MW/MAF

DONALD TRUMP and
WILLIAM BARR,

    *Defendants*.

_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED** on September 18, 2024.

                                                      s/Mark E. Walker         
                                                      **Chief United States District Judge**